The People of the State of New York, Respondent, 
against
Brian Stanley, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Kevin B. McGrath, J.), rendered July 9, 2014, convicting him, upon a plea of guilty, of promoting prostitution in the fourth degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Kevin B. McGrath, J.), rendered July 9, 2014, affirmed.
In the particular circumstances of this case, we find that the court adequately informed defendant of the rights he would be waiving in exchange for his guilty plea - including the right to trial and the right to remain silent - and that the plea was knowingly, intelligently and voluntarily made (see People v Conceicao, 26 NY3d 375, 382 [2015]; People v Sougou, 26 NY3d 1052, 1054 [2015]). There is no mandatory catechism for a guilty plea, and a plea is not rendered invalid "solely because the Trial Judge failed to specifically enumerate all the rights to which the defendant was entitled and to elicit from him or her a list of detailed waivers before accepting the guilty plea" (People v Tyrell, 22 NY3d 359, 365 [2013], quoting People v Harris, 61 NY2d 9, 16 [1983]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 16, 2016